| | | | |
|---|---|---|---|
| Com. v. Stiles | 1648 MDA 2015<br>Affirmed | 07/21/2016 | CP–22–CR–0001212–2011<br>(Dauphin) |
| Com. v. Ulen | 1703 MDA 2015<br>Affirmed | 07/21/2016 | CP–21–MD–0000307–2015<br>(Cumberland) |
| Com. v. Carpio–Santiago | 1884 MDA 2015<br>Affirmed | 07/21/2016 | CP–06–CR–0003152–2015<br>(Berks) |
| Com. v. Kuprij | 2100 MDA 2015<br>Affirmed | 07/21/2016 | CP–06–CR–0003110–2015<br>(Berks) |
| Com. v. Perez | 2155 MDA 2015<br>Affirmed | 07/21/2016 | CP–06–CR–0002767–2013<br>(Berks) |
| J.R.B. v. D.G.G. | 2186 MDA 2015<br>Affirmed | 07/21/2016 | 2013–FC–001675–03<br>(York) |
| Com. v. Sanders | 2200 MDA 2015<br>Affirmed | 07/21/2016 | CP–36–CR–0003826–1999<br>(Lancaster) |
| Com. v. Henderson | 860 WDA 2013<br>Affirmed | 07/21/2016 | CP–02–CR–0015719–2011<br>(Allegheny) |
| Com. v. Carter | 2031 WDA 2014<br>Affirmed | 07/21/2016 | CP–11–CR–0000163–2014<br>(Cambria) |
| Com. v. Perri | 926 WDA 2015<br>Affirmed | 07/21/2016 | CP–02–CR–0010832–2014<br>(Allegheny) |
| Com. v. Krol | 1288 WDA 2015<br>Affirmed | 07/21/2016 | CP–05–CR–0000090–2011<br>(Bedford) |
| Com. v. Spuck | 1702 WDA 2015<br>Affirmed | 07/21/2016 | CP–17–CR–0000396–1995<br>(Clearfield) |
| Com. v. Spuck | 1703 WDA 2015<br>Affirmed | 07/21/2016 | CP–17–CR–0000396–1995<br>(Clearfield) |
| Com. v. Vavra | 1668 EDA 2013<br>Affirmed | 07/22/2016 | CP–48–CR–0000809–2011<br>(Northampton) |
| Com. v. Shields | 3376 EDA 2014<br>Affirmed | 07/22/2016 | CP–51–CR–0001484–2013<br>(Philadelphia) |
| Com. v. Drummond | 765 EDA 2015<br>Affirmed | 07/22/2016 | CP–51–CR–0015052–2012<br>(Philadelphia) |
| Patel v. Smith [39] | 1244 EDA 2015<br>Affirmed | 07/22/2016 | 2011–08715<br>(Bucks) |

**39.** Petition for reargument denied September 29, 2016.